JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TSHINBANDA YANICK KAZADI,

Petitioner,

v.

SECRETARY OF HOMELAND
SECURITY, et al.,

Respondents.

Case No. 5:26-cv-02150-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: June 15, 2026

_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE